| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 03-CR-1080 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Isaiah Bodden | Eastern District of New York | Brooklyn |
| 302 Watson Street | NAME OF SENTENCING JUDGE | |
| Whitakers, NC 27891 | The Honorable Frederic Block, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/22/2006 | TO 2/21/2009 |

OFFENSE

Conspiracy to Possess with Intent to Distribute Cocaine Base.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____EASTERN_____ DISTRICT OF _____NEW YORK_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Eastern District of North Carolina_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4\5\06
*Date*

FB
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____EASTERN_____ DISTRICT OF _____NORTH CAROLINA_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/17/06
*Effective Date*

LWF
*United States District Judge*

# UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF NORTH CAROLINA

Robert G. Singleton
Chief U.S. Probation Officer

REPLY TO: 1760 Parkwood Blvd., Room 201
Wilson, NC 27893-3564
(252) 237-7489 ext. 23
Fax: (252) 237-1871

April 28, 2006

Ms. Deborah Nieders
Executive Assistant
U. S. Probation Office
75 Clinton Street, Room 405
Brooklyn NY 11201-4201

RE: BODDEN, Isaiah
      Transfer of Jurisdiction

Dear Ms. Nieders:

Enclosed please find Probation Form 22 which has been signed by Chief U.S. District Judge Louise W. Flanagan accepting transfer of jurisdiction in the above-captioned case. Please file same with your Clerk's Office so the transfer of jurisdiction can be completed.

If you have any questions, please contact our office at 252-237-7489, Ext. 23.

Sincerely,

Bentley H. Massey
U.S. Probation Officer


BHM:efb
Enclosure